21CV 1450
NJ

Clerk of Courts, hello, can you please tell me what stage im in as far as litigations. thank you. Case # ~~CV 14~~ 18-CF 118 - 21-AP-151,

Sincerely,
Mark A Salgado

U.S. District Court
Wisconsin Eastern
FEB 29 2024
FILED
Clerk of Court