NJ
21CV1450

NJ,

Out of Jefferson County Judge Hue resided.
# 18-CF-118
Case # 21-AP-151

3-9-24

Can you tell me where I am in this case, I'm trying to win my freedom back, I am innocent of kidnapping, Sub Bat and 1st degree attempted homicide, All I have a enough time in to cover kidnapping & Sub-Bat, I'm doing time on the 1st degree attempted homicide, now. that is fifteen yrs & I think I can get it turned over, I am the defendant in this state/case, Please address my questions, at this time as to where I am in this case, so I can continue to pursue my freedom, Thank you.

Sincerely,
Mark A Salgado

Mark Salgado
Western Correctional inst.
PO Box 189
Phoenix, MD 21131

MILWAUKEE WI 530
13 MAR 2024 PM 2 L

Hasier
03/12/2024
US POSTAGE $000.64
ZIP 53963
011D11650997

Clerk of Court
US District Court for the
E. District of Wisconsin
517 E. Wisconsin Ave,
Rm. 362
Milwaukee, WI,
53202

53202-458299